# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**COXCOM, INC., d/b/a**
**COX COMMUNICATIONS NEW ENGLAND**

**Vs.** **C.A. N0. 04-385ML**

**RICHARD WEBB**
**MARYANN WEBB**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the plaintiff, CoxCom, Inc., d/b/a Cox Communications New England, against the defendants, Richard Webb and MaryAnn Webb, pursuant to the and Order dated August 1, 2005 GRANTING Plaintiff's Motion for Entry of Default Judgment in the amount of $7,000.00 plus costs and attorney's fees in the amount of $1,400.00 for a total judgment of $8,400.00 plus post judgment interest pursuant to 26 U.S.C. §1961.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: August 3, 2005