FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CoxCom, Inc. dba** | : |
| **Cox Communications New England** | : |
| **Plaintiff** | : |
| **vs.** | : **Case No.: CA 04 385 ML** |
| **Richard & Maryann Webb** | : |
| **Defendants** | : |

# NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff hereby acknowledges complete payment and satisfaction of the judgment entered on August 1, 2005 in the above action.

Respectfully submitted for the Plaintiff
CoxCom, Inc.
By Its Attorney

Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534

## CERTIFICATION

I hereby certify that on the 21st day of ~~August~~ September, 2005 I did send by first class mail a true and accurate copy of the within Satisfaction of Judgment to: Richard and Maryann Webb, 7 Pershing Road, Johnston, RI 02919.

Francis S. Holbrook II

2767/cb